Robert W. Knaak
413 Pine Avenue
Egg Harbor Township, NJ, 08234
609-277-5770

**UNITED STATES DISTRICT COURT**
**OF THE DISTRICT OF NEW JERSEY**
Camden Division

----------------------------------------------------------x   District Case No. **18-17309-NLH**

In Re:                                                      Bankruptcy Case No. **18-1533-ABA**

Robert W. Knaak,                                            Bankruptcy Case No. **18-1617-ABA**

                              Debtor.                       Chapter **13**


----------------------------------------------------------x


**NOTICE OF MOTION AND CERTIFICATION TO REINSTATE THE APPEAL BECAUSE**
**US TRUSTEE AND US CHAPTER 13 TRUSTEE ISABEL C. BALBOA IS A PART OF THE**
**BANKRUPTCY CASE AND PURSUANT TO AN ORDER DATED DECEMBER 28, 2018**
**BY CHIEF BANKRUPTCY JUDGE KATHRYN C. FERGUSON**


**Please Take Notice** that the undersigned is moving before Honorable Judge

Noel L. Hillman Cooper Street, Camden, NJ, 08101 on February 12, 2018 at 10:00

A.M. for an Order

**To Reinstate the Appeal because US Trustee and US Chapter 13 Trustee Isabel C.**

**Balboa is a Part of the Bankruptcy Case and pursuant to an Order dated**

**12/28/2018 by Chief Bankruptcy Judge Kathryn C. Ferguson and/or**

because of special circumstances regarding holding governmental unfunded hearings and/or hearings in which the unfunded US Trustee, US Attorney's Office or a party is not present.

If any party intends to object to this **Notice of Motion**, it must do so in writing to the undersigned and the District Court on or before January 22, 2018.

Dated: January 12, 2019

Movant Robert W. Knaak

## CERTIFICATION IN SUPPORT OF NOTICE OF MOTION TO REINSTATE THE APPEAL BECAUSE US TRUSTEE AND US CHAPTER 13 TRUSTEE ISABEL C. BALBOA IS A PART OF THE BANKRUPTCY CASE AND PURSUANT TO AN ORDER DATED DECEMBER 28, 2018 BY CHIEF BANKRUPTCY JUDGE KATHRYN C. FERGUSON

Movant states the following to be true:

1. Movant filed the bankruptcy petition chapter 13 on 7/13/2018

2. Movant in the bankruptcy case 18-24064 had all the time issues with the US Chapter 13 Trustee Isabel C. Balboa handling and interfering in the bankruptcy case and adversary cases 18-1533 and 18-1617 as a party creating problems and turmoil because it is believed that the US Chapter 13 Standing Trustee was in contact with Wells Fargo Bank's counsel.

3. The Adversary Proceeding indicates a faulty defective under false pretenses contracts (note and mortgage in which the original lender Wachovia and its successor Wells Fargo Bank concealed from the borrower regarding the Amortization Schedule and Payments of the Loan in which borrowers never be able to pay off the principal balance. It was not

disclosed at the closing the actual mortgage payment for an alleged 10-year loan. Moreover, the original lender and its successor never corrected the Date of the Maturity Date with a new note. The actual note signed on December 18, 2007 bears December 18, 2014 as a Maturity Date. The secured creditor and successor Wells Fargo Bank altered the note stating that the Maturity Date is December 18, 2017. Additionally, it states that:

**REPAYMENT TERMS:**
> This Note shall be due and payable in principal payments based a 20 year mortgage style amortization plus accrued interest thereon the date each principal payment is due. All remaining principal and interest shall be due and payable 120 months from closing.

Appellant believes pursuant to contract laws, that, if a Maturity Date is uncertain because of contradicting facts on loan Documents it makes the Note null and void. Those issues are with the second Adversary Complaint 18-1617 but vaguely explained during the Hearings for the first Adversary Case 18-1533.

4. Further, Wells Fargo Bank, N.A. used a Third-Party Debt Collector independent corporation owned or controlled by Wells Fargo Bank to make filings in US Bankruptcy Court (Proof of Claim) in which on an unperfected Bankruptcy Form filed confusing and untrue Statements. Further, there is an issue of an officer of the Third-Party Debt Collector for Wells Fargo Bank, which is uncertain his role in this matter. He claims not to be an attorney.

5. On 12/17/2018 Debtor filed a Notice of Appeal not only for the Adversary Case but also for the Main Bankruptcy Case in regard to conversion to another chapter.

6. On 12/18/2018 The US Chapter 13 Trustee named herself as an interested party to this action (18-1533). **Exhibit D**

7. On 12/28/2018 Chief Bankruptcy Judge Kathryn C. Ferguson entered an Order for all Bankruptcy Courts regarding appropriation funds by Congress for US Courts. **Exhibit A**

8. On January 9, 2019 the District Court dismissed the Appeal. **Exhibit B**

9. All Judges, Officers, Clerks are US Government Employees and must follow standing Laws regarding shutdowns of the US Government pursuant to 31 U.S.C. paragraph 1341 and 1342. The US Bankruptcy Courts are only applying 1342 instead of 1341, which prohibits employee from doing any free activities without congressional new funding. It

3

is also unclear, confusing, when the US Courts are running out of funds or if they are already because of different public notices which stating that the US Court have no more funds by January 11, 2019 and now they have no funds on January 18, 2019. A Shutdown is a Shutdown and the US Government with all its Branches needs money loan appropriation funds to operate. Since December 22, 2018 the US Government cannot grant the opening of US Courts.

10. The Appellant filed on January 12, 2019 a Notice of Motion to Stay all Bankruptcy Cases for 60 Days. **Exhibit C**

11. Here in this bankruptcy case is involved the US Trustee/US Chapter 13 Standing Trustee, therefore, this Appeal cannot be dismissed.

12. Further, this case cannot be dismissed based on understaffed clerks of the Bankruptcy Court working for free and unfunded transferring incomplete files to the District Court. Movant also received from the Bankruptcy Clerk Files of other cases for the Appeal.

13. Movant filed the Designation of record of the Bankruptcy Case.


Wherefore, Movant request to reopen and reinstate the Appeal


Dated: January 12, 2019


Movant Robert W. Knaak


**CERTIFICATION OF MAILING**

I Robert W. Knaak mailed on January 12, 2019 by USPS regular mail the forgoing Motion to reopen/reinstate the Appeal to:

- US Trustee, US Department of Justice, One Newark Center, Suite 2100, Newark NJ, 07102
- US Chapter 13 Standing Trustee Isabel C. Balboa, 535 Route 38, Cherry Hill, NJ, 08002

- US Bankruptcy Judge Andrew B. Altenburg, Jr., 401 Market Street, Camden, NJ, 08101
- Greenbaum Rowe Smith Davis, LLP., 99 Wood Avenue South, Iselin, NJ, 08830-2712
- Phelan Hallinan Diamond & Jones, P.C., 400 Fellowship Road, Suite 100, Mt. Laurel, NJ, 08054

Dated: 1/12/2019

Movant Robert W. Knaak

**EXHIBIT A**

5

Mailed
12/28

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

Suspension of Bankruptcy Matters Involving the
United States as a Party

Received
Jan 7, 2019
@ 4 PM

10 Days

**GENERAL ORDER INCORPORATING BY REFERENCE STANDING ORDER 18-4**
**OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**
**AS APPLIED TO BANKRUPTCY CASES AND ADVERSARY PROCEEDINGS**

The relief set forth on the following page is hereby **ORDERED**.

Dated: December 28, 2018

/s/ Kathryn C. Ferguson
Kathryn C. Ferguson, Chief Judge
United States Bankruptcy Court
District of New Jersey

001244

10306001246016

6

This matter is before the court due to the lapse of congressional appropriations funding the federal government, including the Department of Justice and the United States Attorney's Office for the District of New Jersey (the "U.S. Attorney's Office"). Absent an appropriation, the United States has represented to the United States District Court for the District of New Jersey ("District Court") that certain Department of Justice attorneys and employees of the federal government are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Therefore, the lapse in appropriations requires a reduction in the workforce of the U.S. Attorney's Office and other federal agencies, particularly with respect to civil cases. The Court, in response, and with the intent to avoid any default or prejudice to the United States, debtors or other litigants, with respect to deadlines, motions or adversary proceedings which apply to, or may include the United States as a party, occasioned by the lapse of funding, enters this Order, it is hereby

ORDERED, effective December 28, 2018, Standing Order 18-4 of the District Court dated December 27, 2018 (and available on the District Court's website: njd.uscourts.gov) is incorporated by reference. All litigation in a bankruptcy case or adversary proceeding pending in the United States Bankruptcy Court for the District of New Jersey ("Bankruptcy Court") involving as a party the United States of America, its agencies, and/or any other party represented by the Department of Justice or the United States Attorney's Office is immediately suspended, and held in abeyance continuing either (1) until the federal government is funded through congressional appropriation, or (2) for a period of 30 days from the date of the District Court Standing Order 18-4, whichever comes sooner. The Court may renew or modify this Order depending on developments during this period. This Order includes as to the United States, the Department of Justice, or the U.S. Attorney's Office, the suspension of all pending deadlines to file proofs of claim, objections to: discharge, dischargeability, and confirmation of cases under Chapter 11 or Chapter 13 of the Bankruptcy Code for this period.

The Court warns debtors and litigants that this order does not affect deadlines, and other rights concerning motions, adversary proceedings, or appeals involving parties other than the United States.

Any litigant affected by this Order may seek relief from the Court by motion. The court may, in any particular matter, vary the effect or operation of this Order by separate ruling.

2

001244     10306001246016

The Court shall distribute this Order by:

    a.   Electronic mail to all registered CM/ECF users;

    b.   Mail to all self-represented debtors in a bankruptcy case;

    c.   Mail to all self-represented plaintiffs and defendants in adversary proceedings; and

    d.   Posting the Order and a Notice to the Bar on the Court's website.

The Court shall clarify the status of affected matters and deadlines upon expiration of this period and dependent on the timing of the funding resolution or further order of this Court.

3

10306001246025

**EXHIBIT B**

8

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

In re:                                                    :

Robert W. Knaak v. Wells Fargo Bank et al   :
                                                          :      Bankruptcy Case No.:    18-01533-ABA
                                                          :
                        Debtor                     :      Civ. Action No.:        18-cv-17309-NLH
                                                          :

**ORDER DISMISSING APPEAL**

IT APPEARING to the Court that on _____December 17, 2018_____ a Notice of Appeal was filed from the order of the U.S. Bankruptcy Court dated _____December 10, 2018_____ and entitled _____"Order Granting Motion to Dismiss Adversary Proceeding"_____ ; and

IT FURTHER appearing to the Court that the appellant has not filed a designation of record on appeal and statement of issues under Federal Rule of Bankruptcy Procedure 8009, nor has applied for an extension of time to do so, and that the time for filing of same has expired;

IT IS, on this _____8th_____ day of _____January_____ , 2019

ORDERED, that the Notice of Appeal in this matter is dismissed under Federal Rule of Bankruptcy Procedure 8003 for failure to comply with Federal Rule of Bankruptcy Procedure 8009.

_Noel L. Hillman_
Judge, United States District Court

_rev.8/26/15_

**EXHIBIT C**

9

Robert W. Knaak
413 Pine Avenue
Egg Harbor Township, NJ, 08234
609-277-5770


**UNITED STATES BANKRUPTCY COURT**
**OF THE DISTRICT OF NEW JERSEY**
**(Camden Division)**

--------------------------------------------------------x

In Re:                                          Case No. **18-24064**

     Robert W. Knaak,                    Chapter 13

               Debtor,

and all other Debtor in the same situation.

--------------------------------------------------------x

**AND**

Robert W. Knaak                          Adversary Case No. **18-01533**

               Plaintiff,          Adversary II Case No. **18-01617**

Wells Fargo Bank, N.A.,

               Defendant, and

all other Defendants, Plaintiffs in the

same situation.

--------------------------------------------------------x


**NOTICE OF MOTION AND CERTIFICATION FOR AN ORDER TO STAY THE CHAPTER**
**13 BANKRUPTCY CASE IN US BANKRUPTCY COURT OF THE DISTRICT OF NEW**
**JERSEY AND ALL OTHER CASES**

Please Take Notice that the undersigned is moving before Honorable Judge Andrew B. Altenburg, Jr. on February 15, 2018 at 10:00 A.M. for an Order

**TO STAY THE CHAPTER 13 BANKRUPTCY CASE IN US BANKRUPTCY COURT OF THE DISTRICT OF NEW JERSEY AND ALL OTHER SIMILAR CASES**

because of special circumstances regarding holding governmental unfunded hearings and/or hearings in which the unfunded US Trustee, US Attorney's Office or a party is not present.

If any party intends to object to this **Notice of Motion and Certification**, it must do so 10 Days prior to the hearing.

Dated: January 11, 2019

Movant

**CERTIFICATION IN SUPPORT OF NOTICE OF MOTION AND CERTIFICATION TO STAY THE CHAPTER 13 BANKRUPTCY CASE IN US BANKRUPTCY COURT OF THE DISTRICT OF NEW JERSEY AND ALL OTHER SIMILAR CASES.**

Movant states the following:

1. US Government is unfunded, Congress did not authorize funds for the US Governments.
2. The US Government is unfunded and shut down.
3. The US Government is shut down for 23 Days.

11

4. On 12/28/2018 A General Order was issued by the US Bankruptcy Court of the District of New Jersey by Chief Judge Katheryn C. Ferguson stating the following, 1st Order:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
Suspension of Bankruptcy Matters Involving the
United States as a Party

**GENERAL ORDER INCORPORATING BY REFERENCE STANDING ORDER 18-4
OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
AS APPLIED TO BANKRUPTCY CASES AND ADVERSARY PROCEEDINGS**

The relief set forth on the following page is hereby **ORDERED**.

Dated: December 28, 2018

Kathryn C. Ferguson, Chief Judge
United States Bankruptcy Court
District of New Jersey

This matter is before the court due to the lapse of congressional appropriations funding the
federal government, including the Department of Justice and the United States Attorney's Office
for the
District of New Jersey (the "U.S. Attorney's Office"). Absent an appropriation, the United States
has
represented to the United States District Court for the District of New Jersey ("District Court")
that
certain Department of Justice attorneys and employees of the federal government are prohibited
from
working, even on a voluntary basis, except in very limited circumstances, including
"emergencies
involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Therefore, the
lapse in
appropriations require a reduction in the workforce of the U.S. Attorney's Office and other
federal
agencies, particularly with respect to civil cases. The Court, in response, and with the intent to
avoid any
default or prejudice to the United States, debtors or other litigants, with respect to deadlines,
motions or
adversary proceedings which apply to, or may include the United States as a party, occasioned
by the
lapse of funding, enters this Order, it is hereby
ORDERED, effective December 28, 2018, Standing Order 18-4 of the District Court dated

December 27, 2018 (and available on the District Court's website: njd.uscourts.gov) is incorporated by
reference. All litigation in a bankruptcy case or adversary proceeding pending in the United States
Bankruptcy Court for the District of New Jersey ("Bankruptcy Court") involving as a party the United
States of America, its agencies, and/or any other party represented by the Department of Justice or the
United States Attorney's Office is immediately suspended, and held in abeyance continuing either (1)
until the federal government is funded through congressional appropriation, or (2) for a period of 30 days
from the date of the District Court Standing Order 18-4, whichever comes sooner. The Court may renew
or modify this Order depending on developments during this period. This Order includes as to the United
States, the Department of Justice, or the U.S. Attorney's Office, the suspension of all pending deadlines to
file proofs of claim, objections to: discharge, dischargeability, and confirmation of cases under Chapter
11 or Chapter 13 of the Bankruptcy Code for this period.
The Court warns debtors and litigants that this order does not affect deadlines, and other rights
concerning motions, adversary proceedings, or appeals involving parties other than the United States.
Any litigant affected by this Order may seek relief from the Court by motion. The court may, in any particular matter vary the effect or operation of this Order by separate ruling.

The Court shall distribute this Order by:
a. Electronic mail to all registered CM/ECF users;
b. Mail to all self-represented debtors in a bankruptcy case;
c. Mail to all self-represented plaintiffs and defendants in adversary proceedings; and
d. Posting the Order and a Notice to the Bar on the Court's website.
The Court shall clarify the status of affected matters and deadlines upon expiration of this period
and dependent on the timing of the funding resolution or further order of this Court.

2nd order

1/10/2019 Judiciary Operating on Limited Funds During Shutdown | United States Courts
https://www.uscourts.gov/news/2019/01/07/judiciary-operating-limited-funds-during-shutdown 1/1

# Judiciary Operating on Limited Funds During Shutdown

*Published on January 7, 2019*
During the partial shutdown of the federal government, which began Dec. 22, 2018, the Judiciary has
continued to operate by using court fee balances and other "no-year" funds. The Administrative Office

of the U.S. Courts has revised its original estimate and now is working toward the goal of sustaining

paid operations through Jan. 18, 2019.

In an effort to achieve this goal, courts have been asked to delay or defer non-mission critical

expenses, such as new hires, non-case related travel, and certain contracts. Judiciary employees are

reporting to work and currently are in full-pay status.

If existing funds run out and new appropriated funds do not become available, the Judiciary will

operate under the terms of the Anti-Deficiency Act, which allows "essential work" to continue during a

lapse in appropriations. This mission critical work includes activities to support the exercise of the

courts' constitutional powers under Article III, specifically the resolution of cases and related

services. Each court would determine the staff necessary to support its mission critical work.

In response to requests by the Department of Justice, some federal courts have issued orders

suspending, postponing, or holding in abeyance civil cases in which the government is a party for a

limited period, subject to further consideration, or until appropriated funds become available. Such

orders are published on court internet sites. Criminal cases are expected to proceed uninterrupted.

The Case Management/Electronic Case Files (CM/ECF) system remains in operation for electronic

filing of documents.

Courts have been encouraged to work with their district's U.S. Attorney, U.S. Marshal, and Federal

Protective Service staff to discuss service levels required to maintain court operations. The General

Services Administration has begun to reduce operations and courts are working with their local

building managers to mitigate the impact on services.

    Updates will be provided as more information becomes available.


5.  The unfunded US Government includes the US Trustee and all its counsels,

    officers, employees, etc., moreover, it includes all US Judges, US Courts

    Employees, Officers, Clerks, etc., which are freely and unpaid continuing

working without being funded by Congress and which to this Date are

holding Hearings without all Parties present in US Court Rooms.

6. Even the Publication of December 22, 2018, which stated the following:

# Judiciary Operating During Shutdown

*Published on December 22, 2018*

Despite a partial shutdown of the federal government that began on Dec. 22, 2018, the Judiciary remains open and can continue operations for approximately three weeks, through Jan. 11, 2019, by using court fee balances and other funds not dependent on a new appropriation.

Most proceedings and deadlines will occur as scheduled. In cases where an attorney from an Executive Branch agency is not working because of the shutdown, hearing and filing dates may be rescheduled.

The Case Management/Electronic Case Files (CM/ECF) system also will remain in operation for electronic filing of documents.

If the shutdown were to continue past three weeks and exhaust the federal Judiciary's resources, the courts would then operate under the terms of the Anti-Deficiency Act, which allows work to continue during a lapse in appropriations if it is necessary to support the exercise of Article III judicial powers.

Under this scenario, each court and federal defender's office would determine the staffing resources necessary to support such work.

There is no partial government shutdown. The "Antideficiency Act" does not give Federal Departments of the US Government the right to choose to remain open and unfunded, rather it states clearly the following:

# Antideficiency Act Resources

- **OVERVIEW**


- **REPORTING REQUIREMENTS**


- **SUBMITTING REPORTS**

**ANTIDEFICIENCY ACT REPORTS**

---

# Overview



This act prohibits federal agencies from obligations or expending federal funds in advance or in excess of an appropriation, and from accepting voluntary services.

The Antideficiency Act prohibits federal employees from

- making or authorizing an expenditure from, or creating or authorizing an obligation under, any appropriation or fund in excess of the amount available in the appropriation or fund unless authorized by law. 31 U.S.C. § 1341(a)(1)(A).
- involving the government in any obligation to pay money before funds have been appropriated for that purpose, unless otherwise allowed by law. 31 U.S.C. § 1341(a)(1)(B).
- accepting voluntary services for the United States, or employing personal services not authorized by law, except in cases of emergency involving the safety of human life or the protection of property. 31 U.S.C. § 1342.
- making obligations or expenditures in excess of an apportionment or reapportionment, or in excess of the amount permitted by agency regulations. 31 U.S.C. § 1517(a).

Federal employees who violate the Antideficiency Act are subject to two types of sanctions: administrative and penal. Employees may be subject to appropriate administrative discipline including, when circumstances warrant, suspension from duty without pay or removal from office. In addition, employees may also be subject to fines, imprisonment, or both.

Moreover, the US Government and its Branches exceeding its Powers to remain open and in business, illegally, without any public disclosures for violations committed. Here are a list of violations committed by various agencies:

# Antideficiency Act Reports

Antideficiency Act Reports - Fiscal Year 2017

https://www.gao.gov/products/D18063

D18063: Nov 15, 2017

This document is GAO's summary of agency Antideficiency Act Reports for fiscal year 2017. It includes unaudited information extracted from agency Antideficiency Act reports filed with GAO, as required by section 1401 of the Consolidated Appropriations Act, 2005, Pub. L. No. 108-447, 118 Stat. 2809, 3192 (Dec. 8, 2004). Each report entry includes a brief description of the violation, remedial actio...

- ⯐ View Decision (PDF, 33 pages)

Antideficiency Act Reports - Fiscal Year 2016

https://www.gao.gov/products/D15316

D15316: Dec 15, 2016

This document is GAO's summary of agency Antideficiency Act Reports for fiscal year 2016. It includes unaudited information extracted from agency Antideficiency Act reports filed with GAO, as required by section 1401 of the Consolidated Appropriations Act, 2005, Pub. L. No. 108-447, 118 Stat. 2809, 3192 (Dec. 8, 2004). Each report entry includes a brief description of the violation, remedial actio...

- ⯐ View Decision (PDF, 25 pages)

Antideficiency Act Reports - Fiscal Year 2015

https://www.gao.gov/products/D12252

D12252: Nov 24, 2015

This document is GAO's summary of agency Antideficiency Act Reports for fiscal year 2015. It includes unaudited information extracted from agency Antideficiency Act reports filed with GAO, as required by section 1401 of the Consolidated Appropriations Act, 2005, Pub. L. No. 108-447, 118 Stat. 2809, 3192 (Dec. 8, 2004). Each report entry includes a brief description of the violation, remedial actio...

- ⯐ View Decision (PDF, 21 pages)

Antideficiency Act Reports - Fiscal Year 2014

https://www.gao.gov/products/D10079
-

D10079: Apr 13, 2015

This document is GAO's summary of agency Antideficiency Act Reports for fiscal year 2014. It includes unaudited information extracted from agency Antideficiency Act reports filed with GAO, as required by section 1401 of the Consolidated Appropriations Act, 2005, Pub. L. No. 108-447, 118 Stat. 2809, 3192 (Dec. 8, 2004). Each report entry includes a brief description of the violation, remedial actio...


- 🗎 View Decision (PDF, 12 pages)

Antideficiency Act Reports - Fiscal Year 2013

https://www.gao.gov/products/D06991
-

D06991: Mar 25, 2014

This document is GAO's summary of agency Antideficiency Act Reports for fiscal year 2013. It includes unaudited information extracted from agency Antideficiency Act reports filed with GAO, as required by section 1401 of the Consolidated Appropriations Act, 2005, Pub. L. No. 108-447, 118 Stat. 2809, 3192 (Dec. 8, 2004). Each report entry includes a brief description of the violation, remedial actio...


- 🗎 View Decision (PDF, 17 pages)

This list shows clearly, that the US Government is not complying with the law and is keeping those violations concealed and secret from the public. Additionally, it shows that the US Governments and its Branches created own laws and additional Rules to keep the Doors open, when they must be shut to the moment they are funded. Federal Employees should not be paid for the period of the shutdown.

7. Every Case of a Hearing in US Courts or Bankruptcy Courts requires a Representative of the Government to be present. Nor the US Attorney's Office, nor the US Trustees Office can grant for those unfunded missing

requirements by law. Same applies to US Judges, where as an example US

Immigration Judges and their Courts are being halted and moved on leave or

vacations.

8.  The Order expressly states that:

This matter is before the court due to the lapse of congressional appropriations funding the
federal government, including the Department of Justice and the United States Attorney's Office for the
District of New Jersey (the "U.S. Attorney's Office"). Absent an appropriation, the United
States has represented to the United States District Court for the District of New Jersey
("District Court") that certain Department of Justice attorneys and employees of the
federal government are prohibited from working, even on a voluntary basis, except in very
limited circumstances, including "emergencies involving the safety of human life or the
protection of property." 31 U.S.C. § 1342. Therefore, the lapse in appropriations requires
a reduction in the workforce of the U.S. Attorney's Office and other federal agencies,
particularly with respect to civil cases. The Court, in response, and with the intent to avoid
any default or prejudice to the United States, debtors or other litigants, with respect to
deadlines, motions or adversary proceedings which apply to, or may include the United
States as a party, occasioned by the lapse of funding, enters this Order

9.  The Order does not specify, which Attorneys, Employees and Officer

are prohibited from working even on a voluntary basis, but all Judges,

Attorneys, Officers are Employees of the US Government and being

funded by Congressional Appropriations, therefore not permitted to

work and hold Hearings (Court Hearings or 341 Hearings).

10. The US Courts, Bankruptcy Courts, US Government, US Trustee, US

Attorney's Office violating 31 U.S.C, paragraph 1341 (limitations on

expending and obligating amounts) (a)(1) An officer or employee of

the United States Government or of the District of Columbia may not

(A) make or authorize an expenditure or obligation exceeding an

amount available in an appropriation or fund for the expenditure or

obligation; (B) involve either government in a contract or obligation for

the payment of money before an appropriation is made unless

authorized by law. Every Court or other proceedings has

expenditures. Those expenditures must be approved by Congress. To

this Date, Congress gave no Approval. Therefore, all Proceedings involving the US Government and its three (3) Branches including the Judicial Branch with their Employees are prohibited from doing unfunded business, work and any other activities.

11. Movant has actions, hearings involving the US Government and their Three Branches. It is unjust of holding hearings, actions without Funding and US Government as a Party not present, it is also unjust for any US Court to held unfunded hearings, it is unjust for Judges, Officers, Employees of the US Government to increase the US Expenditures from a previous Expenditures for US Courts without approval of Congress (31 U.S.C. paragraph 1341(a)(1)(A,B).

12. The Order exceeds the Powers of the Courts, which is not the Legislative Branch. Every Hearing held in a US Court Room is arbitrary, biased, illegal, pursuant to US Laws and Human Rights Laws and Treaties.

13. The Cause of the unfunded financial mess [history] of the US Government is the Federal Reserve, which is a private corporation. Since US Congress gave the permission or authorization to the Fed (Federal Reserve) named in the Federal Reserve Act in December 1913 to coin US Money, the US Government choose without the knowledge of the People, that this Country is living and creating everything based on debt. The US Government at that time and now is and was always in Debt, the difference is, that and especially after 1933, when the US Government collected all the Gold available from its citizens in exchange of "the American Dream" (Credit System) and after the first financial crises from 1928, the US Government with all its Branches and its citizens became enslaved "Monetary Slaves" to the

20

Federal Reserve and its Controlling wealthy Individuals. It started the
new live of Credit for the US Government, its three Branches and its
citizens. The Credit through Bonds must be approved by US Congress
for all three Branches for a certain period. The fact is that this Credit
System drove the US Government slowly and continuously more in
Debt than the US Government can repay. Today around 21 Trillion
Dollars. This is the principle objective of the Federal Reserve to
control Countries with Credits/Funds/Money, which is in major part
controlled by the Rotschild Family and the Scheme started in the early
1700, when the Rotschild was a Goldsmith and loaned money/paper
to individuals with less Gold deposited in the Vault. Later he changed
its business practices to loan paper money for governments and so
did the Federal Reserve, which also gave loans to Nazi Germany in
1934.

WHEREFORE, Movant is requesting a Stay for 60 Days for Movant's
US Bankruptcy Proceedings and Adversary Proceedings and all other
similarly US Bankruptcy Proceedings, US District Court Proceedings.

Dated: January 11, 2019

Movant

14. The Order does not specify, which Attorneys, Employees and Officer are prohibited from working even on a voluntary basis, but all Judges, Attorneys, Officers are Employees of the US Government and being funded by Congressional Appropriations, therefore not permitted to work and hold Hearings (Court Hearings or 341 Hearings).

15. The US Courts, Bankruptcy Courts, US Government, US Trustee, US Attorney's Office violating 31 U.S.C, paragraph 1341 (limitations on expending and obligating amounts) (a)(1) An officer or employee of the United States Government or of the District of Columbia may not (A) make or authorize an expenditure or obligation exceeding an amount available in an appropriation or fund for the expenditure or obligation; (B) involve either government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law. Every Court or other proceedings has expenditures. Those expenditures must be approved by Congress. To this Date, Congress gave no Approval. Therefore, all Proceedings involving the US Government and its three (3) Branches including the Judicial Branch with their Employees are prohibited from doing unfunded business, work and any other activities.

16. Movant has actions, hearings involving the US Government and their Three Branches. It is unjust of holding hearings, actions without Funding and US Government as a Party not present, it is also unjust for any US Court to held unfunded hearings, it is unjust for Judges, Officers, Employees of the US Government to increase the US Expenditures from a previous Expenditures for US Courts without approval of Congress (31 U.S.C. paragraph 1341(a)(1)(A,B).

17. The Order exceeds the Powers of the Courts, which is not the Legislative Branch. Every Hearing held in a US Court Room is arbitrary, biased, illegal, pursuant to US Laws and Human Rights Laws and Treaties.

18. The Cause of the unfunded financial mess [history] of the US Government is the Federal Reserve, which is a private corporation. Since US Congress gave the permission or authorization to the Fed (Federal Reserve) named in the Federal Reserve Act in December 1913 to coin US Money, the US Government choose without the knowledge of the People, that this Country is living and creating everything based on debt. The US Government at that time and now is and was always in Debt, the difference is, that and especially after 1933, when the US Government collected all the Gold available from its citizens in exchange of "the American Dream" (Credit System) and after the first financial crises from 1928, the US Government with all its Branches and its citizens became enslaved "Monetary Slaves" to the Federal Reserve and its Controlling wealthy Individuals. It started the new live of Credit for the US Government, its three Branches and its citizens. The Credit through Bonds must be approved by US Congress for all three Branches for a certain period. The fact is that this Credit System drove the US Government slowly and continuously more in Debt than the US Government can repay. Today around 21 Trillion Dollars. This is the principle objective of the Federal Reserve to control Countries with Credits/Funds/Money, which is in major part controlled by the Rotschild Family and the Scheme started in the early 1700, when the Rotschild was a Goldsmith and loaned money/paper to individuals with less Gold deposited in the Vault. Later he changed

its business practices to loan paper money for governments and so did the Federal Reserve, which also gave loans to Nazi Germany in 1934.

WHEREFORE, Movant is requesting a Stay for 60 Days for Movant's US Bankruptcy Proceedings and Adversary Proceedings and all other similarly US Bankruptcy Proceedings, US District Court Proceedings.

Dated: January 11, 2019

_____
Movant

**Exhibit D**

1/13/2019 US Bankruptcy Court NJ - Live Database
https://ecf.njb.uscourts.gov/cgi-bin/DktRpt.pl?253012764234071-L_1_0-1 1/6
**DISMISSED**
**U.S. Bankruptcy Court**
**District of New Jersey (Cam den)**
**Adversary Proceeding #: 18-01533-A BA**
*Assigned to:* Judge Andrew B. Altenburg Jr.
*Lead BK Case:* 18-24064
*Lead BK Title:* Robert W Knaak
*Lead BK Chapter:* 13
*Demand:*
*Date Filed:* 10/22/18
*Date Dismissed:* 12/1 0/18
*Nature[s] of Suit:* 72 Injunctive relief - other
**Plaintiff**

----------- ------------
**Robert W Knaak**
413 Pine Avenue
Egg Harbor Twp, NJ 08234

SSN / ITIN: xxx-xx-1861
Tax ID / EIN: 26-1522789
represented by
**Robert W Knaak**
PRO SE
V.
*Defendant*

--------------- ---------

**Wells Fargo Bank , N.A.**
420 Montgomery Street
San Francisco, CA 94104
represented by
**Lawrence P. Maher**
Greenbaum, Rowe, Sm ith, Ravin, Davis
Metro Corporate Campus One
PO Box 5600
Woodbridge, N J 07095-0988
(732) 549-5600
Email: lmaher@ greenbaumlaw.com
*Defendant*

--------------- ---------

**Credit Manageme nt Group**
190 River Road
3rd Floor
Summit, N J 07901
represented by
**Credit Management Group**
PRO SE
*Defendant*

--------------- ---------

**Christopher Ford, Esquire**
represented by
**Christopher Ford, Esquire**
PRO SE

1/13/2019 US Bankruptcy Court NJ - Live Database
https://ecf.njb.uscourts.gov/cgi-bin/DktRpt.pl?253012764234071-L_1_0-1 2/6

**Filing Date # Docket Text**
10/22/2018
1
(3 5 pgs)
Adversary case 18-01533. Complaint by Robert W Knaak against Wells
Fargo Bank, N.A. ; Credit Management Group ; Christopher Ford, Esq.
Receipt Number UNPAID, Fee Amount $ 350. (72 (Injunctive relief -
other)) Debtor is Plaintiff, Fee is not required (kvr) (Entered: 10/23/2018)
10/23/2018
2
(7 pgs; 2 docs)
Summons Issued to Robert W. Knaak for Service on Credit Management
Group Answer due on 11/26/2018; Christopher Ford, Esquire Answer due

on 11/26/2018; Wells Fargo Bank, N.A. Answer due on 11/26/2018 Pre-
Trial hearing to be held on 1/29/2019 at 02:00 PM at ABA - Courtroom
4B, Camden. (Attachments: # 1 Pre Trial Instructions) (kvr) (Entered:
10/23/2018)

11/09/2018

3

(1 2 pgs; 4 docs)

Motion to Dismiss Adversary Proceeding Filed by Wells Fargo Bank,
N.A..Hearing scheduled for 12/4/2018 at 02:00 PM at ABA - Courtroom
4B, Camden. (Attachments: # 1 Certification in Support # 2 Memorandum
of Law # 3 Proposed Order) (Maher, Lawrence) Modified on 11/14/2018
TO REFLECT CONFORMED /s/ MISSING FROM CERTIFICATION
IN SUPPORT. (jpl) (Entered: 11/09/2018)

11/13/2018

4

(6 pgs)

Debtor/Plaintiff's Response/Objection to (related document:3 Motion to
Dismiss Adversary Proceeding Filed by Wells Fargo Bank, N.A.), filed by
Robert W Knaak. (jpl) (Entered: 11/14/2018)

11/13/2018

5

(6 pgs)

Certificate of Service (related document:2 Summons Issued to Robert W.
Knaak for Service on Credit Management Group Answer due on
11/26/2018; Christopher Ford, Esquire Answer due on 11/26/2018; Wells
Fargo Bank, N.A. Answer due on 11/26/2018 Pre-Trial hearing to be held
on 1/29/2019 at 02:00 PM at ABA - Courtroom 4B, Camden.
(Attachments: # 1 Pre Trial Instructions) (kvr)), filed by Robert W Knaak.
(jpl) (Entered: 11/14/2018)

11/14/2018

6

(2 pgs)

Certificate of Service (related document:3 Motion to Dismiss Adversary
Proceeding filed by Defendant Wells Fargo Bank, N.A.) filed by Lawrence
P. Maher on behalf of Wells Fargo Bank, N.A.. (Maher, Lawrence)
(Entered: 11/14/2018)

11/14/2018

Correction Notice in Electronic Filing (related document:3 Motion to
Dismiss Adversary Proceeding filed by Defendant Wells Fargo Bank,
N.A.). Type of Error: Conformed /s/ signature missing from Certification
in Support, filed by Lawrence Maher. Please correct and refile with the
court as 'Support' and link to Docket No. 3. (jpl) (Entered: 11/14/2018)

11/14/2018

7

(4 pgs)

Certification in Support in support of (related document:3 Motion to
Dismiss Adversary Proceeding filed by Defendant Wells Fargo Bank,
N.A.) filed by Lawrence P. Maher on behalf of Wells Fargo Bank, N.A..
(Maher, Lawrence) (Entered: 11/14/2018)

11/21/2018 8

(3 pgs)

Certification In Response to (related document:3 Motion to Dismiss
Adversary Proceeding Filed by Wells Fargo Bank, N.A..Hearing

scheduled for 12/4/2018 at 02:00 PM at ABA - Courtroom 4B, Camden.
(Attachments: # 1 Certification in Support # 2 Memorandum of Law # 3
Proposed Order) (Maher, Lawrence) Modified on 11/14/2018 TO
REFLECT CONFORMED /s/ MISSING FROM CERTIFICATION IN
SUPPORT. (jpl) filed by Defendant Wells Fargo Bank, N.A.) filed by

1/13/2019 US Bankruptcy Court NJ - Live Database
https://ecf.njb.uscourts.gov/cgi-bin/DktRpt.pl?253012764234071-L_1_0-1 3/6

Lawrence P. Maher on behalf of Wells Fargo Bank, N.A.. (Maher,
Lawrence) (Entered: 11/21/2018)

12/04/2018

9

(1 pg) PDF with attached Audio File. Court Date & Time [ 12/4/2018
2:04:04 PM ]. File Size [ 10112 KB ]. Run Time [ 00:21:04 ]. (admin).
(Entered: 12/04/2018)

12/04/2018

Minute of 12/4/18 Matter taken under advisement (related document(s): 3
Motion to Dismiss Adversary Proceeding filed by Wells Fargo Bank,
N.A.) (bc) (Entered: 12/04/2018)

12/04/2018

10

(3 p gs)

Objection to Motion to Dismiss (related document:3 Motion to Dismiss
Adversary Proceeding Filed by Wells Fargo Bank, N.A.. Hearing
scheduled for 12/4/2018 at 02:00 PM at ABA - Courtroom 4B, Camden.
(Attachments: # 1 Certification in Support # 2 Memorandum of Law # 3
Proposed Order) (Maher, Lawrence) Modified on 11/14/2018 TO
REFLECT CONFORMED /s/ MISSING FROM CERTIFICATION IN
SUPPORT. (jpl) filed by Defendant Wells Fargo Bank, N.A.) filed by
Robert W Knaak. (eag) (Entered: 12/04/2018)

12/04/2018

12

(2 p gs)

Response (related document:8 Certification In Response to (related
document:3 Motion to Dismiss Adversary Proceeding Filed by Wells
Fargo Bank, N.A..Hearing scheduled for 12/4/2018 at 02:00 PM at ABA -
Courtroom 4B, Camden. (Attachments: # 1 Certification in Support # 2
Memorandum of Law # 3 Proposed Order) (Maher, Lawrence) Modified
on 11/14/2018 TO REFLECT CONFORMED /s/ MISSING FROM
CERTIFICATION IN SUPPORT. (jpl) filed by Defendant Wells Fargo
Bank, N.A. filed by Lawrence P. Maher on behalf of Wells Fargo Bank,
N.A.. filed by Defendant Wells Fargo Bank, N.A.) filed by Robert W
Knaak. (eag) (Entered: 12/07/2018)

12/06/2018

11

(1 p g)

Judge Altenburg's Correspondence RE: Pleading Filed by Debtor/Plaintiff
Robert W. Knaak (related document:1 Complaint filed by Plaintiff Robert
W Knaak). (cmf) (Entered: 12/06/2018)

12/10/2018

13

(5 p gs)

Opinion on (related document:3 Motion to Dismiss Adversary Proceeding
filed by Defendant Wells Fargo Bank, N.A.). Service of notice of the entry
of this order pursuant to Rule 9022 was made on the appropriate parties.

See BNC Certificate of Notice. Signed on 12/10/2018 (bc) (Entered: 12/10/2018)
12/10/2018
14
(3 p gs; 2 docs)
Order Granting Motion to Dismiss Adversary Proceeding (Related Doc # 3). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/10/2018. (bc) (Entered: 12/10/2018)
12/12/2018
15
(2 p gs)
BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 12/12/2018. (Admin.) (Entered: 12/13/2018)
12/17/2018
16
(43 pgs; 4 docs)
Motion re: and REeconsideration with Certification to Review the Court's Findings iin the Memorandum regarding to convert this case to another Chapter and for considering Doc. 10 filed on 12/4/18 Filed by Robert W Knaak.Hearing scheduled for 1/15/2019 at 02:00 PM at ABA - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) (bc) (Entered: 12/17/2018)

1/13/2019 US Bankruptcy Court NJ - Live Database
https://ecf.njb.uscourts.gov/cgi-bin/DktRpt.pl?253012764234071-L_1_0-1 4/6

12/17/2018 17
(1 p g)
Notice of Hearing for (related document:16 Motion and Reconsideration with Certification to Review the Court's Findings in the Memorandum regarding to convert this case to another Chapter and for considering Doc. 10 filed on 12/4/18 Filed by Robert W Knaak. Hearing scheduled for 1/15/2019 at 02:00 PM at ABA - Courtroom 4B, Camden. The following parties were served: Plaintiff, Defendant's Attorney. (bc) (Entered: 12/17/2018)
12/17/2018
18
(14 pgs; 2 docs)
Notice of Appeal to United States District Court. (related document:13 Opinion, 14 Order on Motion to Dismiss Adversary Proceeding). Receipt Number 426754, Fee Amount $ 298. Filed by Robert W Knaak. Appellant Designation due by 1/2/2019. Transmission of Designation Due by 1/16/2019. (Attachments: # 1 Certificate of Service) (jpp) (Entered: 12/18/2018)
12/18/2018
Isabel C Balboa, Chapter 13 Trustee, Added to Case as Interested Party for Noticing Purposes. (jpp) (Entered: 12/18/2018)
12/18/2018
19
(5 p gs)
Document re: Clerk's Memorandum to Self-Represented Appellant (related document: 18 Notice of Appeal filed by Robert W Knaak). (jpp) (Entered: 12/18/2018)
12/18/2018
20

(1 p g)

Clerk's Certificate of Service of Notice of Appeal (related document: 18 Notice of Appeal filed by Robert W Knaak). (jpp) (Entered: 12/18/2018)

12/18/2018

21

(1 p g)

Transmittal of Appeal Documents to U.S. District Court (related document: 18 Notice of Appeal filed by Robert W Knaak). (jpp) (Entered: 12/18/2018)

12/18/2018

Returned Mail Notice. The court has received notification that the US Postal Service has determined that the following parties have an address that is undeliverable: Christopher Ford, Esq.(INCOMPLETE ADDRESS) (related document:14 Order on Motion to Dismiss Adversary Proceeding) (mrm) (Entered: 12/18/2018)

12/19/2018

22

(1 p g)

Notice of Docketing Record on Appeal to District Court. Case Number: 18-cv-17309. (related document:18 Notice of Appeal filed by Plaintiff Robert W Knaak). Judge Noel L. Hillman assigned. (nrf) (Entered: 12/19/2018)

12/19/2018

23

(2 p gs)

BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 12/19/2018. (Admin.) (Entered: 12/20/2018)

12/26/2018

Returned Mail Notice. The court has received notification that the US Postal Service has determined that the following parties have an address that is undeliverable: Christopher Ford, Esq. (INCOMPLETE ADDRESS) (related document:17 Notice of Hearing - (Generic)) (mrm) (Entered: 12/26/2018)

12/28/2018 24

(3 p gs)

GENERAL ORDER INCORPORATING BY REFERENCE STANDING ORDER 18-4 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY AS APPLIED TO BANKRUPTCY CASES AND ADVERSARY PROCEEDINGS. All litigation in a bankruptcy case or adversary proceeding pending in the United States Bankruptcy Court for the District of New Jersey involving as a party the United States of America, its agencies, and/or any other party represented by the Department of Justice or the United States Attorneys Office is

1/13/2019 US Bankruptcy Court NJ - Live Database

https://ecf.njb.uscourts.gov/cgi-bin/DktRpt.pl?253012764234071-L_1_0-1 5/6

immediately suspended, and held in abeyance continuing either (1) until the federal government is funded through congressional appropriation, or (2) for a period of 30 days from the date of the District Court Standing Order 18-4, whichever comes sooner. This Order includes as to the United States, the Department of Justice, or the U.S. Attorneys Office, the suspension of all pending deadlines to file proofs of claim, objections to: discharge, dischargeability, and confirmation of cases under Chapter 11 or Chapter 13 of the Bankruptcy Code for this period. Notice of the entry of this order under Fed. R. Bankr. P. 9022 has been given to the following

parties in this case: All registered efiling attorneys, self-represented
debtors (if this is a bankruptcy case,) or self-represented plaintiffs and
defendants (if this is an adversary proceeding.) Please see the Court's
website, njb.uscourts.gov for more information as it becomes available..
(jml) (Entered: 12/31/2018)
01/04/2019
25
(9 p gs)
Brief in Opposition to Debtor's Notice of Motion for Reconsideration
(related document:16 Motion re: and REeconsideration with Certification
to Review the Court's Findings iin the Memorandum regarding to convert
this case to another Chapter and for considering Doc. 10 filed on 12/4/18
Filed by Robert W Knaak.Hearing scheduled for 1/15/2019 at 02:00 PM at
ABA - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2
Certificate of Service # 3 Proposed Order) (bc) filed by Plaintiff Robert W
Knaak) filed by Lawrence P. Maher on behalf of Wells Fargo Bank, N.A..
(Maher, Lawrence) (Entered: 01/04/2019)
01/04/2019
26
(2 p gs)
Certificate of Service (related document:16 Motion (Generic) filed by
Plaintiff Robert W Knaak) filed by Lawrence P. Maher on behalf of Wells
Fargo Bank, N.A.. (Maher, Lawrence) (Entered: 01/04/2019)
01/04/2019
27
(4 p gs)
BNC Certificate of Notice - Order No. of Notices: 3. Notice Date
01/04/2019. (Admin.) (Entered: 01/05/2019)
01/07/2019
28
(4 p gs; 2 docs)
Order Denying Motion for Reconsideration. (Related Doc # 16). Service
of notice of the entry of this order pursuant to Rule 9022 was made on the
appropriate parties. See BNC Certificate of Notice. Signed on 1/7/2019.
(bc) (Entered: 01/07/2019)
01/07/2019
29
(14 pgs; 2 docs)
Certification of Failure to File Designation of Record (related
document:18 Notice of Appeal filed by Plaintiff Robert W Knaak)
(Attachments: # 1 Proposed Order Dismissing Notice of Appeal) (jpp)
(Entered: 01/07/2019)
01/07/2019
30
(1 p g)
Transmittal of Record on Appeal to U.S. District Court (related
documents:18 Notice of Appeal filed by Robert W Knaak, 29 Certification
of Failure to File Designation of Record). (jpp) (Entered: 01/07/2019)
01/08/2019
31
(1 p g)
COPY OF DISTRICT COURT ORDER. Judge Noel L. Hillman
Dismissed Bankruptcy Court Appeal. (CV# 18-17309) (related

document:18 Notice of Appeal filed by Plaintiff Robert W Knaak, 29
Certification of Failure to File Designation of Record). Signed on
1/8/2019. (nrf) (Entered: 01/08/2019)

01/09/2019

32

(32 pgs)

Statement of Issues on Appeal (related document:18 Notice of Appeal
filed by Plaintiff Robert W Knaak), Designation of Record On Appeal
(related document:18 Notice of Appeal filed by Plaintiff Robert W Knaak)
Filed by Robert W Knaak. Transmission of Record due 1/23/2019.
Appellee designation due by 1/23/2019. (jpp) (Entered: 01/09/2019)

01/09/2019 33

(2 p gs)

BNC Certificate of Notice - Order No. of Notices: 1. Notice Date
        01/09/2019. (Admin.) (Entered: 01/10/2019)